ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

JAN 1 0 2008

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number _____, Case Name  3:08CV027

Party Represented by Applicant: Plaintiff

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Julie Cohen Lonstein
Bar Identification Number _____ State _____
Firm Name Lonstein Law Office, P.C.
Firm Phone # (845)647-8500    Direct Dial # ----    FAX # (845)647-6277
E-Mail Address Julie@signallaw.com, Info@signallaw.com
Office Mailing Address 1 Terrace Hill, P.O. Box 351, Ellenville, NY 12428

Name(s) of federal court(s) in which I have been admitted  Please see attached.

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  XX  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)       1/7/08 (Date)

Jennifer Newman
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid  ✓  or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)                         (Date)

### State Court Admissions - Julie Cohen Lonstein

New York                    #2393759        January 1991

### Federal Court Admissions - Julie Cohen Lonstein

| COURT | YEAR ADMITTED | MEMBER IN GOOD STANDING | CURRENT STATUS |
|---|---|---|---|
| 1. District of Colorado | 1998 | Yes | Active |
| 2. Northern District of Illinois (90784647) | 1997 | Yes | Active |
| 3. Central District of Illinois | 1997 | Yes | Active |
| 4. Southern District of Illinois | 1998 | Yes | Active |
| 5. Southern District of Indiana | 1998 | Yes | Active |
| 6. District of Maryland (024576) | 1997 | Yes | Active |
| 7. District of Nebraska | 1998 | Yes | Active |
| 8. Northern District of NY (#506422) | 1991 | Yes | Active |
| 9. Western District of NY (# 506422) | 1995 | Yes | Active |
| 10. Southern District of NY (JL8521) | 1992 | Yes | Active |
| 11. Eastern District of NY (JL8521) | 1998 | Yes | Active |
| 12. Northern District of Texas | 1998 | Yes | Active |
| 13. Southern District of Texas (# 21857) | 1998 | Yes | Active |
| 14. Eastern District of Texas | 1997 | Yes | Active |
| 15. Western District of Texas | 1998 | Yes | Active |
| 16. District of Vermont (000408521) | 1997 | Yes | Active |
| 17. Eastern District of Wisconsin | 1998 | Yes | Active |
| 18. Eastern District of Michigan | 2002 | Yes | Active |
| 19. Northern District of Indiana | 2003 | Yes | Active |
| 20. Northern District of Ohio | 2004 | Yes | Active |

### Pro Hac Vice Admissions - Julie Cohen Lonstein

**2004**
USDC EDAR
USDC DAZ
USDC NDCA
USDC CDCA
USDC SDCA
USDC MDFL - Tampa Division
USDC SDFL - Ft. Lauderdale Division
USDC SDFL - Miami Division
USDC NDGA
USDC DID - Boise Division
USDC EDKY
USDC WDKY - Louisville Division
USDC DMN

USDC EDMO
USDC WDMO
USDC SDMS - Bar No. 42761
USDC MDNC - Greenboro Division
USDC MDTN - Nashville Division
USDC EDWA
USDC WDWA
USDC SDWV - Huntington Division
USDC - EDVA
USDC - WDVA

**2005**
USDC - SDFL
USDC - MDNC
USDC - DNV
USDC - DRI
USDC - DWY
USDC - MDGA
USDC - NDMS

**2006**
USDC - DDC
USDC - MDFL
USDC - SDFL
USDC - NDGA
USDC - SDMS

**2007**
USDC - CDCA
USDC - MDFL
USDC - SDFL
USDC - NDGA
USDC - DKS
USDC - WDLA
USDC - WDTN
USDC - DUT
USDC - WDWA