UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **July 21, 2007 Hopkins/Wright** Program,

      Plaintiff,

 -against-

HOWARD MADISON FITZGERALD, et al.,
      Defendants.

-------------------------------------------------------------

**NOTICE OF PARTIAL DISMISSAL**
Civil Action No. 3-08-CV-027
HON. HENRY E. HUDSON

 J & J Sports Productions, Inc., Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves Defendant **HOWARD MADISON FITZGERALD, Individually**, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

 This dismissal is specific to said Defendant and does not effect any remaining claims against any other named Defendant.

Dated: August 22, 2008
  Ellenville, New York

By: /s/ Julie Cohen Lonstein
 Julie Cohen Lonstein
 Bar Roll No. JL8512
 Attorney for Plaintiff
 1 Terrace Hill; PO Box 351
 Ellenville, NY 12428
 Telephone: 845-647-8500
 Facsimile: 845-647-6277

**SO ORDERED** this ____ day of **August , 2008.**

_____
 **HONORABLE HENRY E. HUDSON**
  United States District Judge

/s/ Jennifer M. Newman
Jennifer M. Newman, Esq., P.C.
VSB# 45702
7 East Franklin Street
Richmond, Virginia 23219
Telephone: (804) 421-9975
Facsimile: (804) 643-1551

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that true copies of the above document, were served via regular mail on **August 25, 2008**, upon the following:

Howard Madison Fitzgerald
647 Old Wagner Road
Petersburg, VA 23805

Howard Madison Fitzgerald
4092 Park Avenue
Petersburg, VA 23805

Classics Restaurant and Lounge
2733 Park Avenue
Petersburg, VA 23805

                                                /s/ Julie Cohen Lonstein
                                                   Julie Cohen Lonstein, Esq.