IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOWARD MADISON FITZGERALD, ) <br> individually, and as officer, director, ) <br> shareholder and/or principal of ) <br> THE CLASSICS RESTAURANT AND ) <br> LOUNGE LLC, and THE CLASSICS ) <br> RESTAURANT AND LOUNGE LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 3:08CV27-HEH |

### FINAL ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Partial Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). It appearing just and proper to do so, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE as to Howard Madison Fitzgerald.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

                                                              /s/
                                                   Henry E. Hudson
                                                   United States District Judge

Date: Aug. 25, 2008
Richmond, VA